# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IRENE FERRUCCIO,<br>Plaintiff<br><br>v.<br><br>CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,<br>Defendants. | ) | C.A. No. ____________ |

**DECLARATION OF CINDY S. CROSS**

I, Cindy S. Cross, on oath depose and states as follows:

1. I am employed by Life Care Centers of America, Inc. ("Life Care") as the Senior Director of Legal Services.

2. Life Care is a corporation incorporated in Tennessee and has its principal place of business in Cleveland, Tennessee. Life Care owns and operates nursing homes throughout the United States.

3. Life Care owns and operates Cherry Hill Manor ("CHM"), a nursing home located in Johnston, Rhode Island. Cherry Hill Nursing Home, Ltd. and the principal owner of Cherry Hill Nursing Home, Ltd., Edward J. Mitson, Jr. (collectively referred to hereinafter as the "Former Owners") sold their entire interest in CHM to Cherry Hill Medical Investors Limited Partnership, a Tennessee limited partnership and a Life Care entity, on or about April 18, 1996. Any interest of Cherry Hill Nursing Home, Ltd. and Mitson in CHM ended in 1996 with the sale of CHM to Life Care.

4. Following the sale of CHM to Life Care, the Former Owners have not maintained any ongoing relationship with Life Care or CHM. On information and belief, the Former Owners dissolved Cherry Hill Nursing Home, Ltd. following the sale of CHM.

5. On information and belief, Plaintiff has not served the Former Owners with the First Amended Complaint.

Signed under the pains and penalties of perjury this 29th day of March, 2006

Cindy A. Cross

Cindy S. Cross
Sr. Director of Legal Services

**CERTIFICATE OF SERVICE**

This is to certify that on ~~March 31, 2006~~ april 3, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Patricia E. Andrews, 170 Westminster Street, Suite 601, Providence, Rhode Island 02903, by first-class mail, postage prepaid.

______________________________

Jackson Lewis LLP