# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IRENE FERRUCCIO,<br>Plaintiff<br><br>v.<br><br>CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,<br>Defendants. | ) | C.A. No. ____________________ |

**DECLARATION OF STEVEN HAASE**

I, Steven Haase, on oath depose and state as follows:

1. I am employed by Life Care Centers of America, Inc. as the Executive Director of Cherry Hill Manor, a nursing home located in Johnston, Rhode Island, which is owned and operated by Life Care Centers of America, Inc.

2. I am a resident of the Commonwealth of Massachusetts. I have resided in Sharon, Massachusetts since 1990.

3. I do not currently reside, nor have I ever resided, in the State of Rhode Island.

Signed under the pains and penalties of perjury this 31st day of March, 2006

[signature]

Steven Haase

**CERTIFICATE OF SERVICE**

This is to certify that on April 3, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Patricia E. Andrews, 170 Westminster Street, Suite 601, Providence, Rhode Island 02903, by first-class mail, postage prepaid.

JACKSON LEWIS LLP