UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IRENE FERRUCCIO

vs. C.A. NO. 06-154ML

CHERRY HILL MANOR, et als

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
U.S. District Judge
April 7, 2006

Entered as an Order of this Court on April 7, 2006.

Barbara Barletta
Deputy Clerk