STATE O. IODE ISLAND AND PROVIDENCE PLANT ONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-1227 IRENE FERRUCCIO V CHERRY HILL MANOR

Filing Date: 03-01-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 04-06-2006

Plaintiff: IRENE FERRUCCIO
ID: @10824781

Attorney: PATRICIA ANDREWS

Defendant: CHERRY HILL MANOR
ID: @10824782
Defendant: CHERRY HILL NURSING LTD
ID: @10824783
Defendant: LIFE CARE CENTERS OF AMERICA INC
ID: @10824784
Defendant: EDWARD MITSON
ID: @10824785
Defendant: PAMELA CHARRON
ID: @10824786
Defendant: STEVEN HAASE
ID: @10824788

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-01-2006 | COMPLAINT FILED | |
| 03-01-2006 | INITIAL FILING FEE | |
| 03-01-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP221674. |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 04-06-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 04-06-2006 | CASE REMVD TO US DISTRICT CT | |
| 04-06-2006 | OTH DOC FILED DURING DISCOV | REMOVED TO U.S. DISTRICT COURT |

True Copy Attest

Office of Clerk of Superior Court
Counties of ...