UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IRENE FERRUCCIO,
Plaintiff

v.

CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. 06-cv-0154 S

**NOTICE OF APPEARANCE**

Kindly enter my appearance for Defendants[1] Life Care Centers, Inc., d/b/a Cherry Hill Manor, Pamela Charron and Steve Haase.

Respectfully submitted,

LIFE CARE CENTERS, INC., d./b/a
CHERRY HILL MANOR, PAMELA
CHARRON, STEVE HAASE

Christopher J. Campbell, R.I. Bar No. 6611
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3444; (401) 454-8855 fax

Dated: April 26, 2006

[1] Plaintiff also named Defendants Cherry Hill Nursing [Home], Ltd. and Edward J. Mitson, Jr. as Defendants. As set forth in the Notice of Removal (Docket #1) filed by Defendants, Cherry Hill Nursing [Home], Ltd. and Edward J. Mitson, Jr. are not proper defendants in this matter and are not represented by this firm.

**CERTIFICATE OF SERVICE**

This is to certify that on April 26, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Patricia E. Andrews, 170 Westminster Street, Suite 601, Providence, Rhode Island 02903, by overnight mail.

Jackson Lewis LLP