**EXHIBIT C**

Case 1:06-cv-00154-S-LDA   Document 6-4   Filed 05/01/2006   Page 1 of 2

# Earnings Statement

**ADP**

CHERRY HILL MANOR NURSING HOME  
2 CHERRY HILL ROAD  
JOHNSTON, RI 02919

Period Ending: 09/25/2004  
Pay Date: 09/30/2004

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 0  
  RI: 0

BARBARA ANTONUCCI  
135 SCENERY LANE  
JOHNSTON, RI 02919

Social Security Number: ▮▮▮

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.0300 | 40.00 | 521.20 | 16,052.67 |
| Overtime | 13.0300 | 1.67 | 32.65 | 58.65 |
| Bonus/Incentive | | | | 2,000.00 |
| Holiday | | | | 616.32 |
| Sick | | | | 492.10 |
| Vacation | | | | 1,250.88 |
| **Gross Pay** | | | **$553.85** | 20,578.16 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Balance | | 6.67 |
| Vacation Bal | | 35.30 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -63.71 | 2,274.82 |
| Social Security Tax | -34.01 | 1,263.03 |
| Medicare Tax | -7.96 | 295.39 |
| RI State Income Tax | -17.62 | 642.38 |
| RI SUI/SDI Tax | -7.81 | 290.14 |
| **Other** | | |
| Dd Checking | -389.75 | |
| Dental Ins. | -5.30* | 206.70 |
| 401(K) Contrib | -27.69* | 1,028.91 |
| Other Ins. | | 46.15 |
| **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages  
Your federal taxable wages this period are $520.86

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CHERRY HILL MANOR NURSING HOME  
2 CHERRY HILL ROAD  
JOHNSTON, RI 02919

Advice number: 00000400113  
Pay date: 09/30/2004

Deposited to the account of  
BARBARA ANTONUCCI

| account number | transit ABA | amount |
|---|---|---|
| 111022943 | 0115 0168 | $389.75 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**