# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **IRENE FERRUCCIO,** **Plaintiff,** | |
| **v.** | **C.A. No. 06-108 ML** |
| **CHERRY HILL MANOR, ET AL.,** **Defendants.** | |

**AFFIDAVIT**

I, Irene Ferruccio, the Plaintiff in the above-referenced matter, do hereby state and affirm that:

1. I was fired by Cherry Hill in about February 2005. Before I left Cherry Hill I was making about $28 per hour.

2. I was unemployed until about September 2005. At that point, I was hired by another nursing home to perform a job as charge nurse. I believe I was paid about $28 per hour.

3. That nursing home closed in January 2006. In March 2006, I was hired by another nursing home as charge nurse. At my current job, I make $30 per hour.

4. My approximate gross lost wages as of March 2006, were about $32,480, not counting any amount that might be deducted for unemployment or TDI which I collected after I was fired, and after the nursing home closure in January 2006.

5. I have a one-third contingency fee agreement with my attorneys.

Subscribed and sworn to under the penalties of perjury this the 26th day of April 2006.

Irene Ferruccio

Subscribed and sworn before me this 26 th day of April 2006

Notary Public

My Commission Expires:

CARLY B. IAFRATE NOTARY PUBLIC STATE OF RHODE ISLAND