# EXHIBIT H

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT DEPT.
CIVIL ACTION NO. 05-5398

IRENE FERRUCCIO,
Plaintiff

v.

CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. 06-1227

**STIPULATION OF PLAINTIFF AS TO DAMAGES**

The Plaintiff in the above-captioned matter, Irene Ferruccio, hereby stipulates as follows:

1. On March 6, 2006, Plaintiff served a Summons and Complaint upon Defendants alleging age discrimination pursuant to the Rhode Island Fair Employment Practices Act, G.L. § 26-5-1 et seq. and the Rhode Island Civil Rights Act, G.L. § 42-112-1 et seq.

2. In the Complaint, Plaintiff requested that the Court, *inter alia*, award compensatory damages, punitive damages, and attorneys' fees.

3. Plaintiff hereby represents and affirms that the total amount of relief that she is seeking and that is at issue in this case, inclusive of attorneys' fees, but exclusive of costs and interest, does not exceed $75,000.00.

4. Plaintiff further represents and affirms that she will not accept any relief in excess of $75,000.00 on any claims made or that could have been made in this case.

5. Plaintiff further agrees that she will not amend nor authorize anyone on her behalf to amend her complaint to request additional damages or to seek damages against Defendants that exceed $75,000.00, including attorneys' fees, but excluding costs and interest.

6. Plaintiff further represents and affirms that if a jury and/or judge return a verdict, which together with attorneys' fees, exceeds $75,000.00, she will not accept any amount in excess of $75,000.00.

7. Plaintiff has executed an affidavit, attached as Exhibit A, affirming the foregoing.

STIPULATED AND AGREED:

IRENE FERRUCCIO

By her attorney,

Patricia E. Andrews, #4321
170 Westminster St., Suite 601
Providence, RI 02903
(401) 421-0966

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT DEPT.
CIVIL ACTION NO. 05-5398

| | | |
|---|---|---|
| IRENE FERRUCCIO,<br>Plaintiff<br><br>v.<br><br>CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,<br>Defendants. | ) | C.A. No. 06-1227 |

**AFFIVADIT OF IRENE FERRUCCIO AS TO DAMAGES**

I, Irene Ferruccio, being duly sworn, do depose and state as follows:

1. I am the plaintiff in the above-captioned matter, which involves a claim of age discrimination pursuant to the Rhode Island Fair Employment Practices Act, G.L. § 26-5-1 et seq. and the Rhode Island Civil Rights Act, G.L. § 42-112-1 et seq.

2. In the Complaint, my attorney has requested damages on my behalf, including, *inter alia*, compensatory damages, punitive damages, and attorneys' fees.

3. I hereby represent and affirm that the total amount of damages that I am seeking in this case including attorneys' fees, but excluding of costs and interest, does not exceed $75,000.00.

4. I further represent and affirm that I am not seeking and will not accept any damages which exceed $75,000.00, on any claims made or that could have been made in this case, including attorneys' fees, but excluding costs and interest.

5. I further represent and affirm that I will not amend, nor will I authorize anyone on my behalf to amend, my complaint to request additional damages or damages that exceeds $75,000.00, including attorneys' fees, but excluding costs and interest.

6. I further represent and affirm that if a jury and/or judge return a verdict against Defendants, individually or collectively, which together with any award of attorneys' fees, exceeds $75,000.00, I will not accept any amount in excess of $75,000.00.

7. I represent and affirm that, at all times relevant, I have had the opportunity to consult with my attorney, Patricia E. Andrews, and that I am signing this affidavit knowingly and voluntarily.

8. I understand that this affidavit and the stipulation entered into by Ms. Andrews is binding upon me, and my successors, heirs, beneficiaries, agents, assigns, and representatives, and that by signing it I am intending to limit my recovery in this case to no more than $75,000.00, including attorneys' fees, but excluding costs and interest.

I state under the pains and penalties of perjury that the above statements are true.

________________________
Irene Ferruccio

STATE OF RHODE ISLAND
PROVIDENCE, SC. DATE: March __, 2006

Then personally appeared before me the above named Irene Ferruccio and made oath that the statements contained herein are made from her own personal knowledge.

________________________