UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IRENE FERRUCCIO, Plaintiff<br><br>v.<br><br>CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity, Defendants. | C.A. No. 06-154 S |

**NOTICE OF WITHDRAWAL**

The undersigned hereby withdraws his appearance for the Defendants, Life Care Centers of America, Inc. d/b/a Cherry Hill Manor, Steven Haase and Pamela Charron. There has been a Notice of Appearance of Christopher J. Campbell (R.I. Bar No. 6611) filed in this court on behalf of the above-referenced Defendants. Additionally, there are no motions pending before the court and there is no trial date set.

Respectfully submitted,

Life Care Centers of America, Inc. d/b/a Cherry Hill Manor, Steven Haase and Pamela Charron
By their attorneys,

Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 490-3444 telephone
(401) 454-8855 fax

DATED: May 23, 2006

**CERTIFICATE OF SERVICE**

This hereby certifies that on this 23rd day of May, 2006, a copy of the foregoing document was served upon Plaintiff's attorney, Patricia E. Andrews, Esq., 170 Westminster Street, Suite 601, Providence, RI 02903, by first-class mail, postage prepaid.

Anthony J. DiOrio