UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IRENE FERRUCCIO, Plaintiff<br><br>v.<br><br>CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity, Defendants. | ) | C.A. No. 06-cv-0154 |

**SUPPLEMENTAL DECLARATION OF CINDY S. CROSS**

I, Cindy S. Cross, on oath depose and states as follows:

1. I am the Senior Director of Legal Services for Life Care Centers of America. ("Life Care").

2. Life Care is a corporation incorporated in Tennessee and has its principal place of business at 3570 Keith Street, Cleveland, Tennessee. Life Care owns and operates nursing homes throughout the United States.

3. In 1996, Life Care acquired Cherry Hill Manor ("CHM"), a nursing home located in Johnston, Rhode Island from Cherry Hill Nursing Home, Ltd. and the principal owner of Cherry Hill Nursing Home, Ltd., Edward J. Mitson, Jr. (collectively referred to hereinafter as the "Former Owners"). Effective August 31, 2000, Life Care sold CHM to Johnston Medical, Inc. ("JMI"), which then leased the facility back to Life Care. JMI is a Tennessee corporation and is a wholly owned subsidiary of Life Care. JMI has continuously owned CHM from August 31, 2000 to date.

4. In addition to owning JMI, Life Care is the sole license holder for and operator of CHM. Attached as Exhibit A is the 2005 Disclosure of Ownership and Controlling Interest Statement (the "Disclosure Statement"), covering the period from May 14, 2004 until May 16, 2005 (see question IV(a), p. 2 of the Disclosure Statement). This Disclosure Statement is completed and filed annually by Life Care in order to receive Medicare and Medicaid funding. As set forth on the Disclosure Statement, Forrest L. Preston, a Tennessee resident, is the sole (100%) shareholder of Life Care.

5. In addition, Life Care has been the sole operator and license holder of CHM for the entire period that Plaintiff Irene Ferruccio was employed at CHM. (See Disclosure Statements for the years 2002, 2003, and 2004, (covering the period from April 4, 2001 until April 21, 2004), which are attached as Exhibit B.) Plaintiff's Complaint alleges she commenced work in 2001.

6. Cherry Hill Nursing Home, Ltd. and Edward J. Mitson, Jr. (collectively referred to hereinafter as the "Former Owners") have no interest in Life Care, JMI, or in CHM. The Former Owners have not maintained any relationship with Life Care, JMI or CHM since selling CHM in 1996.

Signed under the pains and penalties of perjury this 28 day of June, 2006

Cindy S. Cross
Senior Director of Legal Services