DEPARTMENT OF HEALTH AND HUMAN SERVICES  
CENTERS FOR MEDICARE & MEDICAID SERVICES

Form Approved  
OMB NO. 0938-0086

# DISCLOSURE OF OWNERSHIP AND CONTROL INTEREST STATEMENT

Identifying Information

| (a) Name of Entity | D/B/A | Provider No. | Vendor No | Telephone No |
|---|---|---|---|---|
| Life Care Centers of America, Inc. | Cherry Hill Manor | Medicare 41-5053<br>Medicaid 00699 | | (401)231-3102 |

| Street Address | City, County, State | Zip Code |
|---|---|---|
| 2 Cherry Hill Road | Johnston, Providence, RI | 02919 |

(b) (To be completed by CMS Regional Office)   Chain Affiliate No.   ☐ ☐ ☐ ☐ ☐   LB1

Answer the following questions by checking "Yes" or "No." If any of the questions are answered "Yes," list names and addresses of individuals or corporations under Remarks on page 2 Identify each item number to be continued.

(a) Are there any individuals or organizations having a direct or indirect ownership or control interest of 5 percent or more in the institution organizations or agency that have been convicted of a criminal offense related to the involvement of such persons or organizations in any of the programs established by titles XVIII, XIX, or XX?

☐ Yes   ☒ No   LB2

(b) Are there any directors, officers, agents, or managing employees of the institution, agency or organization who have ever been convicted of a criminal offense related to their involvement in such programs established by titles XVIII, XIX, or XX?

☐ Yes   ☒ No   LB3

(c) Are there any individuals currently employed by the institution, agency, or organization in a managerial accounting, auditing, or similar capacity who were employed by the institution's, organization's or agency's fiscal intermediary or carrier within the previous 12 months? (Title XVIII providers only)

☐ Yes   ☒ No   LB4

(a) List names addresses for individuals or the EIN for organizations having direct or indirect ownership or a controlling interest in the entity. (See instructions for definition of ownership and controlling interest.) List any additional names and addresses under "Remarks" on page 2. If more than one individual is reported and any of these persons are related to each other, this must be reported under Remarks

| Name | Address | EIN | |
|---|---|---|---|
| Forrest L. Preston<br>100% Sole Shareholder | 3570 Keith Street NW, Cleveland, Tennessee 37312 | [redacted] | LB5 |

(b) Type of Entity:   ☐ Sole Proprietorship   ☐ Partnership   ☒ Corporation   LB6  
☐ Unincorporated Associations   ☐ Other (Specify)

(c) If the disclosing entity is a corporation, list names, addresses of the Directors, and EINs for corporations under Remarks  
Please see attached Exhibit "O"

Check appropriate box for each of the following questions:  
(d) Are any owners of the disclosing entity also owners of other Medicare/Medicaid facilities? (Example: sole proprietor, partnership or members of Board of Directors) If yes list names, addresses of individuals and provider numbers

☒ Yes   ☐ No   LB7

| Name | Address | Provider Number |
|---|---|---|
| | **Please see attached Exhibits** | |

MS-1513 (5/86)   Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES  
CENTERS FOR MEDICARE & MEDICAID SERVICES

Form Approved  
OMB NO. 0938-0086

| | | |
|---|---|---|
| V (a) Has there been a change in ownership or control within the last year?<br>If yes, give date _____ | ☐ Yes  ☑ No | LB8 |
| (b) Do you anticipate any change of ownership or control within the year?<br>If yes, when? _____ | ☐ Yes  ☑ No | LB9 |
| (c) Do you anticipate filing for bankruptcy within the year?<br>If yes, when? _____ | ☐ Yes  ☑ No | LB10 |
| V  Is this facility operated by a management company, or leased in whole or part by another organization?<br>If yes give date of change in operations __Lease 10/24/2002__ | ☐ Yes  ☑ No | LB11 |
| VI  Has there been a change in Administrator, Director of Nursing, or Medical Director within the last year? | ☐ Yes  ☑ No | LB12 |
| VII (a) Is this facility chain affiliated? (If yes list name address of Corporation, and EIN)<br>Name                                       EIN #<br>Life Care Centers of America, Inc.         62-0963862<br>Address<br>3570 Keith Street NW<br>Cleveland, TN 37312 | ☑ Yes  ☐ No | LB13<br><br><br>LB14 |
| VII (b) If the answer to Question VII.a. is No, was the facility ever affiliated with a chain?<br>(If yes list Name Address of Corporation, and EIN)     N/A<br>Name                                       EIN #<br><br>Address | ☐ Yes  ☐ No | LB18<br><br><br>LB19 |
| VIII. Have you increased your bed capacity by 10 percent or more or by 10 beds, whichever is greater, within the last 2 years?<br>If yes give year of change _____<br>Current beds _____ LB16   Prior beds _____ LB17 | ☐ Yes  ☑ No | LB15 |

WHOEVER KNOWINGLY AND WILLFULLY MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF THIS STATEMENT, MAY BE PROSECUTED UNDER APPLICABLE FEDERAL OR STATE LAWS. IN ADDITION, KNOWINGLY AND WILLFULLY FAILING TO FULLY AND ACCURATELY DISCLOSE THE INFORMATION REQUESTED MAY RESULT IN DENIAL OF A REQUEST TO PARTICIPATE OR WHERE THE ENTITY ALREADY PARTICIPATES, TERMINATION OF ITS AGREEMENT OR CONTRACT WITH THE STATE AGENCY OR THE SECRETARY, AS APPROPRIATE.

| Name of Authorized Representative (Typed)<br>**Cindy S. Cross** | Title<br>**Assistant Secretary** |
|---|---|
| Signature   Life Care Centers of America, Inc.<br>By: _[signature: Cindy A. Cross]_ | Date<br>May 16, 2005 |

Remarks

EXHIBIT "O"

LIFE CARE CENTERS OF AMERICA, INC.

**Board of Directors**

    Forrest L. Preston, 220 Anatole Lane, Cleveland, Tennessee 37312

    John E. McMullan, 4986 Seawatch Drive, Amelia Island, Florida 32034

    Beecher Hunter, 110 Blueberry Hill Road, Cleveland, Tennessee 37312

    Angelena V. Clayton, 170 Hunters Run Circle, NW, Cleveland, Tennessee 37312

    J. Stephen Ziegler, 9263 Dayflower Drive, Ooltewah, Tennessee 37363

    Don L. Giordina, 260 Anatole Lane, Cleveland, Tennessee 37312

    David B. Weiss, 1630 Des Peres Road, Suite 250, St. Louis, MO 63141

**Corporate Officers**

| Position | Name and Address |
|---|---|
| Chairman: | Forrest L. Preston, 220 Anatole Lane, Cleveland, Tennessee 37312 |
| President: | Don L. Giordina, 260 Anatole Lane, Cleveland, Tennessee 37312 |
| Vice President / Secretary: | Angelena V. Clayton, 170 Hunters Run Circle, NW, Cleveland, Tennessee 37312 |
| Vice President/ Treasurer: | J. Stephen Ziegler, 9263 Dayflower Drive, Ooltewah, Tennessee 37363 |
| Vice President | Thomas D. Doler, 222 Ivy Way, NW, Cleveland, TN 37312 |
| Vice President/ Assistant Secretary: | Cindy S. Cross, 450 No Pone Valley Road, Cleveland, Tennessee 37311 |
| Assistant Secretary: | Jean E. Thurmond, 328 Lewis Lane, NE, Cleveland, Tennessee 37312 |
| Assistant Treasurer: | Terry Henry, 271 Hidden Oaks Trail, Cleveland, Tennessee 37312 |

**Shareholders**
    Forrest L. Preston, 100% Sole Shareholder