Department of Health and Human Services  
Health Care Financing Administration

Form Approved  
OMB No. 0938-0086

# DISCLOSURE OF OWNERSHIP AND CONTROL INTEREST STATEMENT

**I. Identifying Information**

| (a) Name of Entity | D/B/A | Provider No. | Vendor No. | Telephone No. |
|---|---|---|---|---|
| Life Care Centers of America, Inc. | Cherry Hill Manor | 699 41-5053 | | (401) 231-3102 |

| Street Address | City, County, State | Zip Code |
|---|---|---|
| 2 Cherry Hill Road | Johnston, Providence, RI | 02919 |

(b) *(To be completed by HCFA Regional Office)*   Chain Affiliate No. ☐☐☐☐☐ LB1

II. Answer the following questions by checking "Yes" or "No". If any of the questions are answered "Yes", list names and addresses of individuals or corporations under Remarks on page 2. Identify each item number to be continued.

A. Are there any individuals or organizations having a direct or indirect ownership or control interest of 5 percent or more in the institution, organizations, or agency that have been convicted of a criminal offense related to the involvement of such persons, or organizations in any of the programs established by Titles XVIII, XIX, or XX?

☐ Yes  ☒ No   LB2

B. Are there any directors, officers, agents, or managing employees of the institution, agency or organization who have ever been convicted of a criminal offense related to their involvement in such programs established by Titles XVIII, XIX, or XX?

☐ Yes  ☒ No   LB3

C. Are there any individuals currently employed by the institution, agency, or organization in a managerial, accounting, auditing, or similar capacity who were employed by the institution's, organization's, agency's fiscal intermediary or carrier within the previous 12 months? (Title XVIII providers only)

☐ Yes  ☒ No   LB4

III. (a) List names, addresses for individuals, or the EIN for organizations having direct or indirect ownership or a controlling interest in the entity (See instructions for definition of ownership and controlling interest.) List any additional names and addresses under "Remarks" on Page 2. If more than one individual is reported and any of these persons are related to each other, this must be reported under Remarks

| Name | Address | EIN |
|---|---|---|
| Forrest L. Preston | 3570 Keith Street, NW, Cleveland, Tennessee 37312 | ███████5  LB5 |
| 100% Sole Shareholder | | |

(b) Type of Entity:  ☐ Sole Proprietorship  ☐ Partnership  ☒ Corporation   LB6  
☐ Unincorporated Associations  ☐ Other (Specify)

(c) If the disclosing entity is a corporation, list names, addresses of the Directors and EINs for corporations under Remarks  
**Please See Attached Exhibit "O".**

Check appropriate box for each of the following questions

(d) Are any owners of the disclosing entity also owners of other Medicare/Medicaid facilities? (Example, sole proprietor partnership or members of Board of Directors) If yes, list names addresses of individuals and provider numbers

☒ Yes  ☐ No   LB7

| Name | Address | Provider Number |
|---|---|---|
| | Please See Attached Exhibits. | |

Form HCFA-1513 (5-86) Page 1

Department of Health and Human Services  
Health Care Financing Administration

Form Approved  
OMB No. 0938-0086

| | | | |
|---|---|---|---|
| IV | (a) Has there been a change in ownership or control within the last year?<br>If yes, give date _____ | ☐ Yes ☒ No | LB8 |
| | (b) Do you anticipate any change of ownership or control within the year?<br>If yes, when? _____ | ☐ Yes ☒ No | LB9 |
| | (c) Do you anticipate filing for bankruptcy within the year?<br>If yes, when? _____ | ☐ Yes ☒ No | LB10 |
| V | Is this facility operated by a management company or leased in whole or part by another organization?<br>If yes, give date of change in operations  **Lease 08/31/2000.** | ☒ Yes ☐ No | LB11 |
| VI | Has there been a change in Administrator, Director of Nursing or Medical Director within the last year? | ☐ Yes ☒ No | LB12 |

VII (a) Is this facility chain affiliated? (If yes list name, address of Corporation, and EIN)  
Name  EIN # **62-0963862**   ☒ Yes ☐ No   LB13  
**Life Care Centers of America, Inc.**

Address  
**3570 Keith Street, NW**  
**Cleveland, Tennessee 37312**

LB14

VII (b) If the answer to Question VII.a. is No, was the facility ever affiliated with a chain?  
(If YES list Name, Address of Corporation and EIN)  
Name   EIN #   **N/A**   ☐ Yes ☐ No   LB18

Address

LB19

VIII. Have you increased your bed capacity by 10% or more or by 10 beds, whichever is greater, within the last 2 years?   ☐ Yes ☒ No   LB15

If yes, give year of change _____  Current beds _____ LB16  Prior beds _____ LB17

WHOEVER KNOWINGLY AND WILLFULLY MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF THIS STATEMENT, MAY BE PROSECUTED UNDER APPLICABLE FEDERAL OR STATE LAWS. IN ADDITION, KNOWINGLY AND WILLFULLY FAILING TO FULLY AND ACCURATELY DISCLOSE THE INFORMATION REQUESTED MAY RESULT IN DENIAL OF A REQUEST TO PARTICIPATE OR WHERE THE ENTITY ALREADY PARTICIPATES, A TERMINATION OF ITS AGREEMENT OR CONTRACT WITH THE STATE AGENCY OR THE SECRETARY, AS APPROPRIATE.

| Name of Authorized Representative (Typed)<br>**Cindy S. Cross** | Title<br>**Assistant Secretary** |
|---|---|
| Signature<br>Life Care Centers of America, Inc.<br>By: *[signature]* | Date<br>**04/04/2002** |

Remarks

Form HCFA-1513 (5-86) Page 2

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | Form Approved |
| --- | --- |
| CENTERS FOR MEDICARE & MEDICAID SERVICES | OMB NO. 0938-0086 |

# DISCLOSURE OF OWNERSHIP AND CONTROL INTEREST STATEMENT

### I. Identifying Information

| (a) Name of Entity | D/B/A | Provider No | Vendor No. | Telephone No. |
| --- | --- | --- | --- | --- |
| Life Care Centers of America, Inc. | Cherry Hill Manor | 41-5053 699 | N/A | (401) 231-3102 |

| Street Address | City County State | Zip Code |
| --- | --- | --- |
| 2 Cherry Hill Road | Johnston, Providence, RI | 02919 |

(b) *(To be completed by CMS Regional Office)*    Chain Affiliate No.    ☐ ☐ ☐ ☐ ☐    LB1

II Answer the following questions by checking "Yes" or "No." If any of the questions are answered "Yes," list names and addresses of individuals or corporations under Remarks on page 2. Identify each item number to be continued.

(a) Are there any individuals or organizations having a direct or indirect ownership or control interest of 5 percent or more in the institution organizations, or agency that have been convicted of a criminal offense related to the involvement of such persons or organizations in any of the programs established by titles XVIII, XIX or XX?

☐ Yes  ☒ No    LB2

(b) Are there any directors officers agents or managing employees of the institution, agency or organization who have ever been convicted of a criminal offense related to their involvement in such programs established by titles XVIII, XIX, or XX?

☐ Yes  ☒ No    LB3

(c) Are there any individuals currently employed by the institution agency, or organization in a managerial, accounting, auditing, or similar capacity who were employed by the institution's organization's or agency's fiscal intermediary or carrier within the previous 12 months? (Title XVIII providers only)

☐ Yes  ☒ No    LB4

III. (a) List names, addresses for individuals, or the EIN for organizations having direct or indirect ownership or a controlling interest in the entity. (See instructions for definition of ownership and controlling interest.) List any additional names and addresses under "Remarks" on page 2. If more than one individual is reported and any of these persons are related to each other this must be reported under Remarks.

| Name | Address | EIN |
| --- | --- | --- |
| Forrest L. Preston - 100% Sole Shareholder | 3570 Keith Street, NW, Cleveland, TN 37312 | ▇▇▇▇ LB5 |
| | | |
| | | |

(b) Type of Entity:  ☐ Sole Proprietorship  ☐ Partnership  ☒ Corporation    LB6
☐ Unincorporated Associations  ☐ Other (Specify)

(c) If the disclosing entity is a corporation, list names addresses of the Directors and EINs for corporations under Remarks.
**Please see Exhibit "O"**

Check appropriate box for each of the following questions:
(d) Are any owners of the disclosing entity also owners of other Medicare/Medicaid facilities? (Example: sole proprietor partnership or members of Board of Directors ) If yes list names, addresses of individuals and provider numbers

☒ Yes  ☐ No    LB7

| Name | Address | Provider Number |
| --- | --- | --- |
| | **Please see attached Exhibits** | |

CMS-1513 (5/86)    Page 1

DEPARTMENT OF HEALTH AND HUMAN SERVICES  
CENTERS FOR MEDICARE & MEDICAID SERVICES

Form Approved  
OMB NO. 0938-0086

| | Yes | No | |
|---|---|---|---|
| IV. (a) Has there been a change in ownership or control within the last year? If yes give date _____ | ☐ | ☒ | LB8 |
| (b) Do you anticipate any change of ownership or control within the year? If yes, when? _____ | ☐ | ☒ | LB9 |
| (c) Do you anticipate filing for bankruptcy within the year? If yes, when? _____ | ☐ | ☒ | LB10 |
| V. Is this facility operated by a management company, or leased in whole or part by another organization? If yes, give date of change in operations __Lease - 8/31/00__ | ☒ | ☐ | LB11 |
| VI Has there been a change in Administrator, Director of Nursing, or Medical Director within the last year? **Administrator - May, 2003; Director of Nursing - May, 2003** | ☒ | ☐ | LB12 |

VII. (a) Is this facility chain affiliated? (If yes, list name, address of Corporation, and EIN)  
Name: **Life Care Centers of America, Inc.**   EIN # **62-0963862**   ☒ Yes  ☐ No   LB13

Address:  
**3570 Keith Street, NW**  
**Cleveland, TN 37312**                              LB14

VII. (b) If the answer to Question VII.a. is No was the facility ever affiliated with a chain?  
(If yes, list Name Address of Corporation, and EIN)    **N/A**  
Name _____   EIN # _____    ☐ Yes  ☐ No   LB18

Address                                              LB19

VIII Have you increased your bed capacity by 10 percent or more or by 10 beds, whichever is greater, within the last 2 years?   ☐ Yes  ☒ No   LB15

If yes, give year of change _____  
Current beds _____ LB16  Prior beds _____ LB17

WHOEVER KNOWINGLY AND WILLFULLY MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF THIS STATEMENT, MAY BE PROSECUTED UNDER APPLICABLE FEDERAL OR STATE LAWS. IN ADDITION, KNOWINGLY AND WILLFULLY FAILING TO FULLY AND ACCURATELY DISCLOSE THE INFORMATION REQUESTED MAY RESULT IN DENIAL OF A REQUEST TO PARTICIPATE OR WHERE THE ENTITY ALREADY PARTICIPATES, A TERMINATION OF ITS AGREEMENT OR CONTRACT WITH THE STATE AGENCY OR THE SECRETARY, AS APPROPRIATE

Name of Authorized Representative (Typed)  
**Cindy S. Cross**

Title  
**Assistant Secretary**

Signature  
Life Care Centers of America, Inc.  
By: *[signature]*

Date  
**6/30/03**

Remarks

CMS-1513 (5/86)                                      Page 2

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | Form Approved |
|---|---|
| CENTERS FOR MEDICARE & MEDICAID SERVICES | OMB NO. 0938-0086 |

## DISCLOSURE OF OWNERSHIP AND CONTROL INTEREST STATEMENT

**I. Identifying Information**

| (a) Name of Entity | D/B/A | Provider No. Medicare 41-5053 Medicaid 00699 | Vendor No. | Telephone No. (401)231-3102 |
|---|---|---|---|---|
| Life Care Centers of America, Inc. | Cherry Hill Manor | | | |
| Street Address | | City, County, State | | Zip Code |
| 2 Cherry Hill Road | | Johnston, Providence, RI | | 02919 |

(b) *(To be completed by CMS Regional Office)*    Chain Affiliate No.    ☐ ☐ ☐ ☐ ☐    LB1

II. Answer the following questions by checking "Yes" or "No." If any of the questions are answered "Yes," list names and addresses of individuals or corporations under Remarks on page 2. Identify each item number to be continued.

(a) Are there any individuals or organizations having a direct or indirect ownership or control interest of 5 percent or more in the institution, organizations, or agency that have been convicted of a criminal offense related to the involvement of such persons, or organizations in any of the programs established by titles XVIII, XIX, or XX?
☐ Yes    ☑ No    LB2

(b) Are there any directors, officers, agents or managing employees of the institution, agency or organization who have ever been convicted of a criminal offense related to their involvement in such programs established by titles XVIII, XIX, or XX?
☐ Yes    ☑ No    LB3

(c) Are there any individuals currently employed by the institution, agency, or organization in a managerial accounting, auditing, or similar capacity who were employed by the institution's, organization's, or agency's fiscal intermediary or carrier within the previous 12 months? (Title XVIII providers only)
☐ Yes    ☑ No    LB4

III (a) List names, addresses for individuals, or the EIN for organizations having direct or indirect ownership or a controlling interest in the entity. (See instructions for definition of ownership and controlling interest.) List any additional names and addresses under "Remarks" on page 2. If more than one individual is reported and any of these persons are related to each other, this must be reported under Remarks.

| Name | Address | EIN |
|---|---|---|
| Forrest L Preston | 3570 Keith Street NW, Cleveland, Tennessee 37312 | ▓▓▓▓▓▓ LB5 |
| 100% Sole Shareholder | | |

(b) Type of Entity:  ☐ Sole Proprietorship    ☐ Partnership    ☑ Corporation    LB6
☐ Unincorporated Associations    ☐ Other (Specify)

(c) If the disclosing entity is a corporation, list names, addresses of the Directors, and EINs for corporations under Remarks
Please see attached Exhibit "O"

Check appropriate box for each of the following questions:
(d) Are any owners of the disclosing entity also owners of other Medicare/Medicaid facilities? (Example: sole proprietor, partnership or members of Board of Directors.) If yes, list names, addresses of individuals and provider numbers.
☑ Yes    ☐ No    LB7

| Name | Address | Provider Number |
|---|---|---|
| | **Please see attached Exhibits** | |

CMS-1513 (5/86)    Page 1

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE & MEDICAID SERVICES | | Form Approved<br>OMB NO. 0938-0086 |
|---|---|---|

| | | |
|---|---|---|
| IV. (a) Has there been a change in ownership or control within the last year?<br>If yes, give date _____ | ☐ Yes  ☑ No | LB8 |
| (b) Do you anticipate any change of ownership or control within the year?<br>If yes, when? _____ | ☐ Yes  ☑ No | LB9 |
| (c) Do you anticipate filing for bankruptcy within the year?<br>If yes, when? _____ | ☐ Yes  ☑ No | LB10 |
| V. Is this facility operated by a management company or leased in whole or part by another organization?<br>If yes, give date of change in operations __Lease 08/31/2000__ | ☐ Yes  ☑ No | LB11 |
| VI. Has there been a change in Administrator, Director of Nursing, or Medical Director within the last year?<br>Administrator 09-08-03; Director of Nursing 10-15-04 | ☑ Yes  ☐ No | LB12 |
| VII. (a) Is this facility chain affiliated? (If yes, list name address of Corporation, and EIN)<br>Name                                                    EIN #<br>Life Care Centers of America, Inc                 62-0963862 | ☑ Yes  ☐ No | LB13 |
| Address<br>3570 Keith Street NW<br>Cleveland, TN 37312 | | LB14 |
| VII (b) If the answer to Question VII.a. is No, was the facility ever affiliated with a chain?<br>(If yes, list Name, Address of Corporation, and EIN)       N/A<br>Name                                                    EIN # | ☐ Yes  ☐ No | LB18 |
| Address | | LB19 |
| VIII Have you increased your bed capacity by 10 percent or more or by 10 beds, whichever is greater within the last 2 years? | ☐ Yes  ☑ No | LB15 |
| If yes, give year of change _____<br>Current beds _____ LB16  Prior beds _____ LB17 | | |

WHOEVER KNOWINGLY AND WILLFULLY MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF THIS STATEMENT, MAY BE PROSECUTED UNDER APPLICABLE FEDERAL OR STATE LAWS. IN ADDITION, KNOWINGLY AND WILLFULLY FAILING TO FULLY AND ACCURATELY DISCLOSE THE INFORMATION REQUESTED MAY RESULT IN DENIAL OF A REQUEST TO PARTICIPATE OR WHERE THE ENTITY ALREADY PARTICIPATES A TERMINATION OF ITS AGREEMENT OR CONTRACT WITH THE STATE AGENCY OR THE SECRETARY, AS APPROPRIATE

| Name of Authorized Representative (Typed)<br>**Cindy S. Cross** | Title<br>**Assistant Secretary** |
|---|---|
| Signature   Life Care Centers of America, Inc..<br>By: *[signature: Cindy A. Cross]* | Date<br>April 21, 2004 |
| Remarks | |

CMS-1513 (5/86)                                                                                                      Page 2