UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| IRENE FERRUCCIO, Plaintiff<br><br>v.<br><br>CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity, Defendants. | C.A. No. 06-cv-0154 |

**DEFENDANTS' WITHDRAWAL OF MOTION TO REOPEN CASE**

Defendants, Life Care Centers of America, Inc. d/b/a Cherry Hill Manor, Steven Haase, and Pamela Charron, hereby withdraw their Motion To Reopen Case, which was electronically filed with the Court on September 19, 2006, and which Motion To Reopen Case has been docketed and identified by the Court as Document 13.

Respectfully submitted,

LIFE CARE CENTERS, INC., d/b/a
CHERRY HILL MANOR, PAMELA
CHARRON, STEVE HAASE

/s/ Christopher J. Campbell
Christopher J. Campbell (RI Bar No. 6611)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025; (617) 367-2155 fax

Dated: September 20, 2006

**CERTIFICATE OF SERVICE**

This is to certify that on September 20, 2006, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing system.

/s/ Christopher J. Campbell
Jackson Lewis LLP