STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-1227 IRENE FERRUCCIO V CHERRY HILL MANOR

Filing Date: 03-01-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 04-06-2006

Plaintiff: IRENE FERRUCCIO
ID: @10824781

Attorney: PATRICIA ANDREWS

Defendant: LIFE CARE CENTERS OF AMERICA INC
ID: @10824784
Defendant: PAMELA CHARRON
ID: @10824786
Defendant: STEVEN HAASE
ID: @10824788

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 09-21-2006 | MOT FOR ENLARGMENT OF TIME | P CRT1 | HURST |
| 09-21-2006 | MOT FOR ENTRY DEFAULT JUDG | P CRT1 | HURST |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 08-09-2006 | MOT FOR ENTRY DEFAULT JUDG<br>CASE CONT BY AGREEMENT | P CRT16 | HURST |
| 08-16-2006 | MOT FOR ENTRY DEFAULT JUDG<br>CASE CONT BY AGREEMENT | P CRT16 | HURST |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-01-2006 | COMPLAINT FILED | |
| 03-01-2006 | INITIAL FILING FEE | |
| 03-01-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP221674. |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 03-21-2006 | SUMMONS,PROOF OF SERVICE FILED | |
| 04-06-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT CA 06 154 |
| 04-06-2006 | CASE REMVD TO US DISTRICT CT | |
| 04-06-2006 | OTH DOC FILED DURING DISCOV | REMOVED TO U.S. DISTRICT COURT |
| 07-11-2006 | MEMORANDUM FILED | & ORDER - FROM UNITED STATES DISTRICT COURT |
| 07-27-2006 | MEMORANDUM FILED | IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT.<br>Affiliated: FERRUCCIO, IRENE |
| 08-09-2006 | CASE CONT BY AGREEMENT | |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2006-1227 IRENE FERRUCCIO V CHERRY HILL MANOR

| | | |
|---|---|---|
| 08-15-2006 | MOT FOR ENLARGEMENT OF TIME | GRANTED UNDER RULE OF COURT AS OF 8/26/06 UNLESS OBJECTION FILED |
| 08-15-2006 | ENTRY OF APPEARANCE | DEFTS CHERRY HILL NURSING HOME, EDWARD MITSON<br>Affiliated: MITSON, ROBERT A. |
| 08-15-2006 | MEMORANDUM FILED | IN SUPPORT OF OBJ TO MTN FOR ENTRY OF DEFLT JDGMNTY<br>Affiliated: CHERRY HILL NURSING LTD |
| 08-15-2006 | OBJECTION FILED | TO MTN FOR ENTRY OF DEFLT JDMNT<br>Affiliated: CHERRY HILL NURSING LTD |
| 08-16-2006 | CASE CONT BY AGREEMENT | |
| 09-08-2006 | CASE SETT'D - THIS PARTY ONLY | B/A DISMISSED WITHOUT PREJUDICE AGAINST EDWARD MITSON, CHERRY HILL MANOR, CHERRY HILL NURSING HOME |
| 09-22-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT. CASE NUMBER 06-422S<br>Affiliated: LIFE CARE CENTERS OF AMERICA INC |
| 09-22-2006 | CASE REMVD TO US DISTRICT CT | |

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island