UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IRENE FERRUCCIO,
Plaintiff

v.

CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,
Defendants.

C.A. No. 06-cv-0154

**MOTION OF CHRISTOPHER J. CAMPBELL FOR EXCUSAL FROM ATTENDANCE AT UNITED STATES DISTRICT COURT**

Christopher J. Campbell respectfully moves this Honorable Court for permission to be excused from attendance at all sessions, all hearings, all depositions, and all discovery in the United States District Court for the District of Rhode Island from March 28, 2007 to April 3, 2007 for the purpose of a family vacation.

The undersigned is presently unaware of any matters assigned for trial during such period.

The following is a list of cases that I have pending before this Court:

- Barbara Antonucci v. Life Care Centers of America, Inc. et al / C.A. No. 06-108-ML
- Irene Ferruccio v. Cherry Hill Manor et al / C.A. No. 06-0154

Respectfully submitted,

LIFE CARE CENTERS, INC., d/b/a
CHERRY HILL MANOR, PAMELA
CHARRON, STEVE HAASE

/s/ Christopher J. Campbell
Christopher J. Campbell (RI Bar No. 6611)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

Dated: March 12, 2007

**CERTIFICATE OF SERVICE**

This is to certify that on March 12, 2007, a copy of the above document was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing System.

/s/ Christopher J. Campbell
Jackson Lewis LLP