**EXHIBIT A**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IRENE FERRUCCIO,<br>Plaintiff,<br>v.<br>CHERRY HILL MANOR, CHERRY HILL NURSING, LTD., LIFE CARE CENTERS OF AMERICA, INC. EDWARD J. MITSON, JR., in his official capacity, PAMELA CHARRON, in her personal and official capacity, and STEVE HAASE, in his personal and official capacity,<br>Defendants. | ) | C.A. No. 06-cv-00422 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Irene Ferruccio, and Defendants, Cherry Hill Manor, Cherry Hill Nursing, Ltd., Life Care Centers of America, Inc., Pamela Charron, in her personal and official capacity, and Steve Haase, in his personal and official capacity, pursuant to Federal Rules of Civil Procedure, that this action shall be and hereby is dismissed, with prejudice, and without costs or attorneys' fees to any party.

Respectfully submitted,

Plaintiff,
Irene Ferruccio,
By her attorneys,

Patricia E. Andrews, RI Bar #4321
Carly Beauvais Iafrate, RI Bar # 6343
129 Dyer Street
Providence, RI 02903
(401) 421-0966

DATE: 10/2/07

Defendants,
Life Care Centers, Inc, d/b/a
Cherry Hill Manor, Pamela Charron,
Steve Haase,
By their attorney,

Christopher J. Campbell, Bar No. 6611
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

**CERTIFICATE OF SERVICE**

This is to certify that on October 23, 2007, a copy of the foregoing Stipulation Of Dismissal With Prejudice was electronically filed with the United States District Court for the District of Rhode Island through its Electronic Case Filing system and was served upon Plaintiff's attorney, Patricia E. Andrews, 170 Westminster Street, Providence, Rhode Island 02903, by first-class U.S. mail, postage prepaid.

Jackson Lewis LLP